IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY CURD, | No. C-06-3609 MMC |
|     Plaintiff, | **ORDER DENYING, WITHOUT PREJUDICE, APPLICATION TO PROCEED IN FORMA PAUPERIS** |
|   v. | |
| FRANCISCAN MANAGEMENT, | (Docket No. 3) |
|     Defendant. | |

      Before the Court is plaintiff's application, filed June 6, 2006, to proceed in forma pauperis. Plaintiff has not completed the application in full. In particular, plaintiff has not set forth the date of his last employment and the "amount of gross and net salary and wages per month" received, the amount of his monthly expenses, or the amount of his debts.

      Accordingly, plaintiff's application to proceed in forma pauperis is DENIED, without prejudice. If plaintiff wishes to proceed with his complaint, plaintiff must, no later than June 30, 2006, file an amended application to proceed in forma pauperis that addresses the deficiencies noted above, or pay the filing fee to the Clerk of the Court. If, by June 30, 2006, plaintiff has not submitted an amended application to proceed in forma pauperis, or paid the filing fee, the Court will dismiss plaintiff's complaint without prejudice.

**IT IS SO ORDERED.**

Dated: June 9, 2006

                                              MAXINE M. CHESNEY
                                              United States District Judge